912

No. 98–5591. SAMBOY v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 98–5592. PAUL v. COMMISSIONER OF INTERNAL REVENUE. C. A. 3d Cir. Certiorari denied.

No. 98–5595. BRYANT ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–5597. CREHORE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–5600. REAGAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 98–5604. FEDERENKO v. TERHUNE, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 98–5606. DONALDSON v. DEPARTMENT OF AGRICULTURE. C. A. 6th Cir. Certiorari denied.

No. 98–5610. WALKER v. MCDANIEL, WARDEN. Sup. Ct. Nev. Certiorari denied.

No. 98–5612. DUNCAN v. CHILDREN'S NATIONAL MEDICAL CENTER. Ct. App. D. C. Certiorari denied.

No. 98–5614. DENNIS v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 98–5615. VAN DE WALKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–5616. MARTIN v. MISSOURI. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 98–5617. JARRAHI v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–5618. EDMONDS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 98–5620. LOCKHART v. UNITED STATES. C. A. Fed. Cir. Certiorari denied.